IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSIAH R. BUNYARD,

        Plaintiff,

vs.

Case No. 6:08-cv-338-ORL-19GJK

REFORMED THEOLOGICAL SEMINARY, INC.,
REFORMED THEOLOGICAL SEMINARY OF
FLORIDA, INC., FRANK A. JAMES, III, DAVID
KIRKENDALL, MARK FUTATO, MICHAEL GLODO,

        Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, JOSIAH R. BUNYARD, and undersigned counsel for Defendants, and respectfully show unto this Court that the parties have amicably settled this matter.

WHEREFORE, the parties mutually request this Court to enter its Order dismissing all parties with prejudice, and ordering each party to bear its own costs.

DATED this 20th day of July 2009.

_____
ELIZABETH F. McCAUSLAND, ESQ.
Florida Bar No. 0125822
COONEY, MATTSON, LANCE, BLACK-
BURN, RICHARDS & O'CONNOR, P.A.
111 North Orange Avenue, Suite 850
Orlando, Florida 32801-2318
(407) 843-2100 Tel; (407) 843-2061 Fax
Attorney for Defendants

_____ 7/19/09
JOSIAH R. BUNYARD
9900 W. Second Street
Wichita, Kansas 67212
Telephone: 316-833-8052
Pro se Plaintiff