UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSIAH R. BUNYARD,**

        **Plaintiff,**

v.     Case No. 6:08-CV-338-ORL-35GJK

**REFORMED THEOLOGICAL SEMINARY, INC.,
REFORMED THEOLOGICAL SEMINARY OF
FLORIDA, INC., FRANK A JAMES, III, DAVID
KIRKENDALL, MARK FUTATO, MICHAEL GLODO,**

        **Defendants.**
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 33) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**. The parties have resolved all claims, including claims for attorneys' fees and court costs. The **Clerk** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 22nd day of July, 2009.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party